469 A.2d 287

Commonwealth v. Ice, Appellant.

Submitted Sep-

576

tember 23, 1983. Allen E. Hench, for appellant; R. Scott Cramer, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Judgment of sentence vacated, and case remanded for resentencing in accordance with the requirements of Pa.R. Crim.P. 1405(b).

CIRILLO, J., filed a memorandum dissenting opinion.